■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SCAROLA, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Cayuga County Court, dismissing a writ of habeas corpus and remanding relator to the custody of the warden.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of PENN-DIXIE CEMENT CORPORATION, Respondent, against BOARD OF ASSESSORS OF CITY OF BUFFALO, Appellant. (Tax Year 1951–1952.) — Order affirmed, with costs. All concur. (Appeal from an order of Erie Supreme Court, reducing the assessment on property and directing the return of overpayment of taxes.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.